UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-21658-CIV-WILLIAMS

GISELE ROTH SAIZ WENDEL,

    Plaintiff,

v.

INT'L REAL ESTATE NEWS, LLC,
and DAVID W. BASCH,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 47) (the "Report") regarding Plaintiff's motion to dismiss Defendant Basch's counterclaim (DE 34). None of the Parties filed objections to the Report. The Court has independently reviewed the Report, the entire record, and applicable case law. Accordingly, it is **ORDERED AND ADJUDGED** that the Report is **AFFIRMED** and the analysis contained in the Report (DE 47) is **ADOPTED** and incorporated herein by reference. Plaintiff's motion to dismiss Defendant Basch's counterclaim (DE 34) is **GRANTED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of November, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE