UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-21658-CIV-WILLIAMS

GISELE ROTH SAIZ WENDEL,

    Plaintiff,

v.

INTERNATIONAL REAL ESTATE.
NEWS, LLC and DAVID BASCH,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Amended Report and Recommendation on Third-Party Defendant Clodes Basch's Motion to Quash (the "Report"). (DE 159). Third-Party Defendant Basch objected to the Report. (DE 168).

Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 159) is **AFFIRMED AND ADOPTED**.

2. Third-Party Defendant Basch's Motion to Quash (DE 108) is **DENIED**. Third-Party Defendant Basch shall respond to the Third-Party Complaint against her (DE 78) no later than **October 13, 2020**.

3. Third-Party Plaintiff's Motion for Extension of time to serve Third-Party Defendant (DE 122) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 29th day of September, 2020.

```
_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
```